```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21316
    MONIQUE C BROWN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2899


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/14/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 03/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------
US BANK NATIONAL          NOTICE ONLY    NOT FILED            .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00             .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       .00             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED       8050.17             .00             .00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED            .00             .00
CITY OF CHICAGO WATER DE  SECURED          400.00             .00             .00
RESURGENT CAPITAL         CURRENT MORTG       .00             .00             .00
RESURGENT CAPITAL         MORTGAGE ARRE    277.90             .00             .00
CCA                       UNSECURED      NOT FILED            .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED      NOT FILED            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED            .00             .00
PARK DANSAN               UNSECURED      NOT FILED            .00             .00
SIR FINANCE               UNSECURED         552.00            .00             .00
WESTSIDE EMERGENCY PHYS   UNSECURED         358.00            .00             .00
WEST ASSET MANAGEMENT     UNSECURED      NOT FILED            .00             .00
SPRINT-NEXTEL CORP        UNSECURED         444.34            .00             .00
DANIEL J WINTER           DEBTOR ATTY     3,073.00                         588.80
TOM VAUGHN                TRUSTEE                                           51.20
DEBTOR REFUND             REFUND                                              .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   640.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     588.80
TRUSTEE COMPENSATION                                51.20
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                    640.00                   640.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21316 MONIQUE C BROWN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE